No. 811. BROOKLYN TRUST CO., TRUSTEE *v.* COMMISSIONER OF INTERNAL REVENUE. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jackson A. Dykman* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Carlton Fox* for respondent.

No. 812. HOCKING GLASS CO. *v.* MILLER, COLLECTOR OF INTERNAL REVENUE. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Paul E. Shorb, Dwight Taylor,* and *J. W. Deffenbaugh* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

Nos. 813 and 814. VAN DOREN *v.* OAK PARK TRUST & SAVINGS BANK. April 13, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Kentner Elliott* for petitioner. *Mr. Henry N. Shabsin* for respondent.

No. 816. INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES ET AL. *v.* CAMERON ET AL. April 13, 1936. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Saul Nemser* for petitioners. *Mr. Wallace P. Berkowitz* for respondents.

No. 818. BOONE, RECEIVER, ET AL. *v.* AMERICAN VETERINARY MEDICAL ASSN. ET AL. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for